# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 08-72574 MLB |
| SERIRUK, PANSAK | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-72574 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SERIRUK, PANSAK | Date Filed (f) or Converted (c): | 08/11/08 (f) |
| | | 341(a) Meeting Date: | 09/18/08 |
| For Period Ending: | 05/04/09 | Claims Bar Date: | 03/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 295,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Books, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Pension | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2000 Nissan Sentra | 1,920.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Honda CRV | 12,820.00 | 7,000.00 | | 7,000.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.30 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $411,240.00          $7,000.00          $7,000.30          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 08/01/09     Current Projected Date of Final Report (TFR): 08/01/09

LFORM1

UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

Ver: 14.30d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-72574 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SERIRUK, PANSAK | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1211  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8545 | | | |
| For Period Ending: | 05/04/09 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/08 | 9 | PANSAK SERIRUK  5515 ALEXANDRIA DR  LAKE IN THE HILLS, IL  60156-5826 | INTEREST IN AUTOMOBILE | 1129-000 | 5,000.00 | | 5,000.00 |
| 12/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 5,000.02 |
| 01/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.06 |
| 02/13/09 | 9 | UMAPORN MCINNIS | INTEREST IN AUTOMOBILE | 1129-000 | 1,000.00 | | 6,000.06 |
| 02/27/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 6,000.10 |
| 03/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.15 |
| 04/01/09 | 9 | UMAPORN MCINNIS | INTEREST IN AUTOMOBILE | 1129-000 | 1,000.00 | | 7,000.15 |
| 04/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 7,000.30 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 7,000.30 | 0.00 | 7,000.30 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,000.30 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,000.30 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1211 | 7,000.30 | 0.00 | 7,000.30 |
| | 7,000.30 | 0.00 | 7,000.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,000.30    0.00

Ver: 14.30d

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 4)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-72574 | | Page 1 | | Date: May 12, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | SERIRUK, PANSAK | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,150.00 | $0.00 | $1,150.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $38.32 | $0.00 | $38.32 |
| 000001 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $9,001.57 | $0.00 | $9,001.57 |
| 000002 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $5,577.98 | $0.00 | $5,577.98 |
| 000003 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $18,609.33 | $0.00 | $18,609.33 |
| 000004 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB DISCOVER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $7,128.36 | $0.00 | $7,128.36 |
| | Case Totals: | | | $41,505.56 | $0.00 | $41,505.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72574 MLB
Case Name: SERIRUK, PANSAK
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ | $ |
| Attorney for trustee: MCGREEVY WILLIAMS | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: MCGREEVY WILLIAMS | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: NA* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *CHASE BANK USA* | $ | $ |
| *000002* | *CHASE BANK USA* | $ | $ |

UST Form 101-7-TFR (4/1/2009) *(Page: 7)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *American Express Centurion Bank* | $ | $ |
| *000004* | *Recovery Management Systems Corporation* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .