# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>SERIRUK, PANSAK<br><br>Debtors | §<br>§<br>§<br>§<br>§ | Case No. 08-72574 MLB |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 7,000.30 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 7,000.30 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,450.03 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,150.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

Case 08-72574    Doc 26    Filed 06/01/09    Entered 06/04/09 00:31:16    Desc Imaged
Certificate of Service    Page 2 of 6
Case 08-72574    Doc 22-1    Filed 05/29/09    Entered 05/29/09 14:34:41    Desc Notice
of Hearing    Page 2 of 4

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: | | $_____ | $_____ |
| Fees: | | $_____ | $_____ |
| Other: | MCGREEVY WILLIAMS | $0.00 | $38.32 |
| Other: | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: NA | | $NA | $NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,317.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CHASE BANK USA | $ 9,001.57 | $ 973.89 |
| 000002 | CHASE BANK USA | $ 5,577.98 | $ 603.49 |
| 000003 | American Express Centurion Bank | $ 18,609.33 | $ 2,013.35 |
| 000004 | Recovery Management Systems Corporation | $ 7,128.36 | $ 771.22 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/29/2009 in Courtroom 115,

UST Form 101-7-NFR (4/1/2009) (Page: 3)

United States Courthouse
211 S. Court Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 05/28/2009          By:/s/DANIEL M. DONAHUE
                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903, ROCKFORD, IL 61132-2903*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez              Page 1 of 2                   Date Rcvd: Jun 01, 2009
Case: 08-72574                 Form ID: pdf002            Total Served: 32
```

The following entities were served by first class mail on Jun 03, 2009.
```
db         +Pansak Seriruk,    5515 Alexandria Drive,    Lake in the Hills, IL 60156-5826
aty         Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty        +Jason K Nielson,    The Law Offices of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr          Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
12504693    ADT Security Services,    Bankruptcy Department,    2250 W. Pinehurst Blvd.,
             Addison, IL 60101-6100
12504698   +AMCA,    Bakruptcy Dept.,    2269 S Saw Mill River Rd.,    Elford, NY 10523-3832
12504673   +American Express,    Bankruptcy Department,    Box 0001,    Los Angeles, CA 90096-8000
13533592    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12504690   +Apiradee Seriruk,    5515 Alexandria,    Lake in the Hills IL 60156-5826
12504692   +Apriadee Seriruk,    5515 Alexandria,    Lake in the Hills, IL 60156-5826
12504682   +Blitt and Gaines, PC,    Bankruptcy Department,    661 Glenn Ave.,    Wheeling, IL 60090-6017
12995327   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
12504687   +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
12504688    Carson Pirie Scott,    Bankruptcy Department,    PO Box 10327,    Jackson, MS 39289-0327
12504675   +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12504681   +Citifinancial,    Bankruptcy Department,    9528 S. Cicero Ave.,    Oak Lawn, IL 60453-3101
12504677   +Clerk, First Mun Div,    Doc # 08M1139998,    131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5517
12504694    Collectech Systems, Inc.,    Attn: Bankruptcy Department,    PO Box 4157,
             Woodland Hills, CA 91365
12504696   +Credit Management Services,    Bankruptcy Department,    25 Northwest Point Blvd., #750,
             Elk Grove Village, IL 60007-1058
12504684    Encore Receivable Management,    Bankruptcy Department,    PO Box 3330,    Olathe, KS 66063-3330
12504702   +Harry McInnis,    Attn: Bankruptcy Dept.,    5053 Sussex Dr.,    Evans, GA 30809-8232
12504676   +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5517
12504674   +NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
             Horsham, PA 19044-2308
12504671   +National City Bank,    Bankruptcy Department,    4653 E. Main Street,    Columbus, OH 43251-0001
12504672   +Prunee Seriruk,    5515 Alexandria Dr.,    Lake in the Hills, IL 60156-5826
12504697   +Quest Diagnostics,    Attn: Bankruptcy Dept,    PO Box 740020,    Cincinnati, OH 45274-0020
12504700   +Swedish Covenant,    Attn: Bankruptcy Department,    5145 N. California,    Chicago, IL 60625-3687
12504699   +UroPartners, LLC,    Attn: Bankruptcy Dept.,    5140 N California,    #7775,
             Chicago, IL 60625-3645
12504695   +Uropartners, LLC,    Attn: Bankruptcy Dept.,    3183 Payshere Cir,    Chicago, IL 60674-0031
```
The following entities were served by electronic transmission on Jun 02, 2009.
```
13622596   +E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2009 04:01:34
             Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12504683   +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2009 04:05:02     Sam's Club,    Bankruptcy Department,
             PO Box 103036,    Roswell, GA 30076-9036
12504685    E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2009 04:07:01     The Home Depot,
             Bankruptcy Department,    PO Box 105981 Dept. 51,    Atlanta, GA 30353-5981
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12504689*  +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
12504691*  +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
12504678*  +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12504680*  +Clerk, First Mun Div,    Doc # 08M1139998,    131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5517
12504679*  +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5517
12504686*  +NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
             Horsham, PA 19044-2308
12504701*  +Swedish Covenant,    Attn: Bankruptcy Department,    5145 N. California,    Chicago, IL 60625-3687
                                                                                              TOTALS: 0, * 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cshabez           Page 2 of 2             Date Rcvd: Jun 01, 2009
Case: 08-72574                Form ID: pdf002         Total Served: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2009**                    **Signature:**    *Joseph Speetjens*