# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72574 MLB
Case Name: SERIRUK, PANSAK
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| <u>Trustee: DANIEL M. DONAHUE</u> | $ 1,450.03 | $ 0.00 |
| <u>Attorney for trustee: MCGREEVY WILLIAMS</u> | $ 1,150.00 | $ 38.32 |
| <u>Appraiser:</u> | $ | $ |
| <u>Auctioneer:</u> | $ | $ |
| <u>Accountant:</u> | $ | $ |
| <u>Special Attorney for trustee:</u> | $ | $ |
| <u>Charges:</u> | $ | $ |
| <u>Fees:</u> | $ | $ |
| <u>Other:</u> | $ | $ |
| <u>Other:</u> | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,317.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *CHASE BANK USA* | $ 9,001.57 | $ 973.96 |
| *000002* | *CHASE BANK USA* | $ 5,577.98 | $ 603.53 |

UST Form 101-7-TFR (4/1/2009) *(Page: 4)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *American Express Centurion Bank* | $ 18,609.33 | $ 2,013.52 |
| *000004* | *Recovery Management Systems Corporation* | $ 7,128.36 | $ 771.29 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*