# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>SERIRUK, PANSAK<br><br>Debtor(s) | Case No. 08-72574 MLB |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 398,420.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 4,362.30 | Claims Discharged Without Payment: 113,479.94 |
| Total Expenses of Administration: 2,638.35 | |

3) Total gross receipts of $ 7,000.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,000.65 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 277,827.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 2,638.35 | 2,638.35 | 2,638.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 77,525.00 | 40,317.24 | 40,317.24 | 4,362.30 |
| **TOTAL DISBURSEMENTS** | $ 355,352.00 | $ 42,955.59 | $ 42,955.59 | $ 7,000.65 |

4) This case was originally filed under chapter 7 on 08/11/2008 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2009           By:/s/DANIEL M. DONAHUE
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Honda CRV | 1129-000 | 7,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.65 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.65** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National City Bank<br>Bankruptcy Department<br>4653 E. Main Street<br>Columbus, OH 43251 | | 277,827.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ 277,827.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,450.03 | 1,450.03 | 1,450.03 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,150.00 | 1,150.00 | 1,150.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 38.32 | 38.32 | 38.32 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,638.35 | $ 2,638.35 | $ 2,638.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADT Security Services<br>Bankruptcy Department<br>2250 w Pinehurst Blvd.<br>Addison, IL 60101-6100 | | 500.00 | NA | NA | 0.00 |
| American Express<br>Bankruptcy Department<br>Box 0001<br>Los Angeles, CA 90096 | | 18,800.00 | NA | NA | 0.00 |
| Capital One<br>Bankruptcy Dept<br>1957 Westmoreland Rd<br>Richmond, VA 23276 | | 2,100.00 | NA | NA | 0.00 |
| Capital One<br>Bankruptcy Dept<br>1957 Westmoreland Rd.<br>Richmond, VA 23276 | | 4,200.00 | NA | NA | 0.00 |
| Capital One<br>Bankruptcy Dept.<br>1957 Westmoreland Rd<br>Richmond, VA 23276 | | 1,200.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carson Pirie Scott<br>Bankruptcy Dept.<br>POBox 10327<br>Jackson, MS 39289-0327 | | 600.00 | NA | NA | 0.00 |
| Chase<br>Bankruptcy Dept.<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | 8,800.00 | NA | NA | 0.00 |
| Chase<br>Bankruptcy Dept.<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | 9,300.00 | NA | NA | 0.00 |
| Citifinancial<br>Bankruptcy Dept.<br>9528 S. Cicero Ave.<br>Oak Lawn, IL 60453 | | 3,200.00 | NA | NA | 0.00 |
| Harry McInnis<br>Attn.: Bankruptcy Dept.<br>5053 Sussex Dr.<br>Evans, GA 30809 | | 14,000.00 | NA | NA | 0.00 |
| Quest Diagnostics<br>Attn.: Bankruptcy Dept.<br>POBox 740020<br>Cincinnati, OH 45274 | | 325.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Representing for: ADT Security Services | | 0.00 | NA | NA | 0.00 |
| Representing for: American Express | | 0.00 | NA | NA | 0.00 |
| Representing for: Chase | | 0.00 | NA | NA | 0.00 |
| Representing for: Chase | | 0.00 | NA | NA | 0.00 |
| Representing for: Citifinancial | | 0.00 | NA | NA | 0.00 |
| Representing for: Quest Diagnostics | | 0.00 | NA | NA | 0.00 |
| Representing for: Sam's Club | | 0.00 | NA | NA | 0.00 |
| Representing for: The Home Depot | | 0.00 | NA | NA | 0.00 |
| Representing for: Uropartners LLC | | 0.00 | NA | NA | 0.00 |
| Sam's Club Bankruptcy Dept. POBox 103036 Roswell, GA 30076 | | 7,200.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Swedisch Covenant<br>Attn: Bankruptcy Dept<br>5145 N. California<br>Chicago, IL 60625 | | 350.00 | NA | NA | 0.00 |
| Swedisch Covenant<br>Attn: Bankruptcy Dept.<br>5145 N Californie<br>Chicago, Il 60625 | | 250.00 | NA | NA | 0.00 |
| The Home Depot<br>Bankruptcy Dept.<br>POBox 105981 Dept. 51<br>Atlanta, GA 30353-5981 | | 2,300.00 | NA | NA | 0.00 |
| Uropartners LLC<br>Attn. Bankruptcy Dept.<br>3183 Payshere Cir<br>Chicago IL 60674 | | 4,000.00 | NA | NA | 0.00 |
| Uropartners LLC<br>Attn: Bankruptcy Dept.<br>5140 N. California<br>Chicago, IL 60625 | | 400.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 18,609.33 | 18,609.33 | 2,013.52 |
| CHASE BANK USA | 7100-000 | NA | 5,577.98 | 5,577.98 | 603.53 |
| CHASE BANK USA | 7100-000 | NA | 9,001.57 | 9,001.57 | 973.96 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 7,128.36 | 7,128.36 | 771.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 77,525.00 | $ 40,317.24 | $ 40,317.24 | $ 4,362.30 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 08-72574  MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | SERIRUK, PANSAK | Date Filed (f) or Converted (c): | 08/11/08 (f) |
| | | 341(a) Meeting Date: | 09/18/08 |
| For Period Ending: | 08/28/09 | Claims Bar Date: | 03/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 295,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Books, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Pension | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2000 Nissan Sentra | 1,920.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Honda CRV | 12,820.00 | 7,000.00 | | 7,000.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.65 | FA |

TOTALS (Excluding Unknown Values)   $411,240.00   $7,000.00   $7,000.65

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 08/01/09   Current Projected Date of Final Report (TFR): 08/01/09

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page: 10)

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No.: | 08-72574 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SERIRUK, PANSAK | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1211 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8545 | | |
| For Period Ending: | 08/28/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/08 | 9 | PANSAK SERIRUK 5515 ALEXANDRIA DR LAKE IN THE HILLS, IL 60156-5826 | INTEREST IN AUTOMOBILE | 1129-000 | 5,000.00 | | 5,000.00 |
| 12/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,000.02 |
| 01/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.06 |
| 02/13/09 | 9 | UMAPORN MCINNIS | INTEREST IN AUTOMOBILE | 1129-000 | 1,000.00 | | 6,000.06 |
| 02/27/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,000.10 |
| 03/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.15 |
| 04/01/09 | 9 | UMAPORN MCINNIS | INTEREST IN AUTOMOBILE | 1129-000 | 1,000.00 | | 7,000.15 |
| 04/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 7,000.30 |
| 05/29/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,000.48 |
| 06/30/09 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 7,000.65 |
| 06/30/09 | | Transfer to Acct #*******1389 | Final Posting Transfer | 9999-000 | | 7,000.65 | 0.00 |
| | | | COLUMN TOTALS | | 7,000.65 | 7,000.65 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,000.65 | |
| | | | Subtotal | | 7,000.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.65 | 0.00 | |

Page Subtotals    7,000.65    7,000.65

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-72574 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SERIRUK, PANSAK | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******1389  GENERAL CHECKING |
| Taxpayer ID No: | *******8545 | | |
| For Period Ending: | 08/28/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/09 | | Transfer from Acct #*******1211 | Transfer In From MMA Account | 9999-000 | 7,000.65 | | 7,000.65 |
| 06/30/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.03 | 5,550.62 |
| 06/30/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,150.00 | 4,400.62 |
| 06/30/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 38.32 | 4,362.30 |
| 06/30/09 | 000103 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 10.8% | 7100-000 | | 973.96 | 3,388.34 |
| 06/30/09 | 000104 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 10.8% | 7100-000 | | 603.53 | 2,784.81 |
| 06/30/09 | 000105 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 10.8% | 7100-000 | | 2,013.52 | 771.29 |
| 06/30/09 | 000106 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB DISCOVER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000004, Payment 10.8% | 7100-000 | | 771.29 | 0.00 |

Page Subtotals    7,000.65    7,000.65

Ver: 14.31c

LFORM24    UST Form 101-7-TDR (4/1/2009) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 08-72574 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SERIRUK, PANSAK | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1389 GENERAL CHECKING |
| Taxpayer ID No: | *******8545 | | |
| For Period Ending: | 08/28/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.65 | 7,000.65 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,000.65 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,000.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,000.65 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Money Market Account (Interest Earn - ********1211 | | 7,000.65 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1389 | | 0.00 | 7,000.65 | 0.00 |
| | | 7,000.65 | 7,000.65 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 14.31c

LFORM24 UST Form 101-7-TDR (4/1/2009) (Page: 13)

# Bank of America

| | |
|---|---|
| CUSTOMER CONNECTION<br>BANK OF AMERICA, N.A.<br>DALLAS, TEXAS 75283-2406 | Account Number        4429751389<br>01 01 148 06 M0000 E#        7<br>Last Statement:    06/30/2009<br>This Statement:    07/31/2009 |

ESTATE OF
SERIRUK, PANSAK, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
08-72574
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page       1 of    2

Bankruptcy Case Number:0872574

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 07/01/2009 - 07/31/2009 | | Statement Beginning Balance | 7,000.65 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 7 | Amount of Checks | 7,000.65 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 7 | Service Charge | .00 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,450.03 | 07/02 | 9692668811 | 104 | 603.53 | 07/06 | 8592337419 |
| 101 | 1,150.00 | 07/02 | 9692668812 | 105 | 2,013.52 | 07/08 | 5992460939 |
| 102 | 38.32 | 07/02 | 9692668813 | 106 | 771.29 | 07/09 | 6192900419 |
| 103 | 973.96 | 07/06 | 8592337420 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 7,000.65 | 7,000.65 | 07/08 | 771.29 | 771.29 |
| 07/02 | 4,362.30 | 4,362.30 | 07/09 | .00 | .00 |
| 07/06 | 2,784.81 | 2,784.81 | 07/31 | .00 | .00 |

Recycled Paper